# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** ATF
**City** Boston and elsewhere
**County** Suffolk and elsewhere

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

**Defendant Information:**
Defendant Name: Deondre BLANDING     Juvenile: ☐ Yes ☒ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☒ No
Alias Name: _____
Address: 76 Alpheus Road, Apt 2, Roslindale, MA
Birth date (Yr only): 1997   SSN (last 4#): 7960   Sex: Male   Race: Black   Nationality: _____

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Sarah B. Hoefle    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☒ No     List language and/or dialect: _____
**Victims:** ☐ Yes ☒ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
**Matter to be SEALED:** ☒ Yes ☐ No
☒ Warrant Requested   ☐ Regular Process   ☐ In Custody
**Location Status:** _____
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/9/2024    Signature of AUSA: SARAH HOEFLE  *Digitally signed by SARAH HOEFLE Date: 2024.02.09 10:27:32 -05'00'*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Deondre BLANDING

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** ATF
**City** Randolph
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Gelson RODRIGUES        Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: 17 Barry Street, Randolph, MA
Birth date (Yr only): 1990   SSN (last 4#): 3589   Sex: Male   Race: Black   Nationality: _____

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Sarah B. Hoefle    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Norfolk County Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/9/2024    Signature of AUSA: SARAH HOEFLE (Digitally signed by SARAH HOEFLE Date: 2024.02.09 10:28:33 -05'00')

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Gelson RODRIGUES

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**